**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170



Billing Cycle
09/11/2009 - 10/11/2009

Account Number

Property address
476 Douglas



0000896 01 AT 0.357 **AUTO T2 0 1064 48197-2025
H HX AG ..1..2.......... 900 IN 1 P00896 DT006
ARLENE CLARK
476 Douglas St
Ypsilanti MI 48197-2025



2nd Mortgage Statement

## SPECIAL MESSAGE TO YOU

Get the answers you need, any time, day or night!
You can call BAC Home Loans Servicing, LP for answers to your questions 24 hours a day, 7 days a week. By choosing our automated self-service option, you can access your information and manage your account instantly.

You can:
- Make a payment by phone or report a promise to pay
- Hear the payment and mailing address information
- Confirm your loan information, including receipt of payment, available credit, loan balance, and interest rate
- Order a loan history statement
- Request payoff information to close your Home Equity Line of Credit
- Order a duplicate monthly statement
- Hear details regarding electronic Pay Plans for new enrollment and existing accounts

We're here to assist you- please contact us at 1-866-653-6185 with any questions. Our automated system can provide you with immediate access to your loan information at your convenience, 24 hours a day. If you choose to speak with a representative, our friendly, professional staff is here to assist you during normal business hours.

As a reminder, failure to make your minimum payment by the payment due date could result in suspension or termination of your credit privileges.

In the event of default, we may require that any and all subsequent payments due be made in one or more of the following forms, as we may select: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashiers check, provided such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or, (d) Electronic Funds Transfer.

### ACCOUNT SUMMARY

| Loan Summary | |
|---|---|
| Credit limit | $47,000.00 |
| Average daily balance | $46,683.31 |
| Corresponding ANNUAL PERCENTAGE RATE | 4.7500% |
| Daily periodic rate | 0.01301% |
| Historical ANNUAL PERCENTAGE RATE | 4.7500% |
| Days in Cycle | 31 |
| FINANCE CHARGE | $188.33 |

| Payment Details | |
|---|---|
| Periodic FINANCE CHARGE | $188.33 |
| Minimum payment due: 11/05/2009 | $188.33 |

(see next page for transaction details)

---

**PAYMENT**
We will credit your account the same day we receive your payment on a banking day (not including Saturday) prior to 3PM Pacific Time. Payments made on your account by check or other non-cash method, will be included in your "Available Credit" 10 days from receipt of payment. We may assess a late fee as described in your credit agreement if we do not receive your payment within 15 days of the payment due date. Good credit relies on the timely receipt of your payment. If your account is delinquent, we may submit a negative credit report to the credit reporting agencies.

As a reminder, failure to make your minimum payment by the payment due date could result in suspension or termination of your credit privileges.

Account number ▆▆▆▆ (0)
Arlene Clark
476 Douglas

SEE OTHER SIDE FOR IMPORTANT INFORMATION   1064

BAC Home Loans Servicing, LP
PO Box 650225
Dallas, TX 75265-0225

**HOME EQUITY LOAN**
Payment due   Nov 05, 2009   $188.33

Additional Principal

N/A

Check Total

0810493080000000018833000000000

**Bank of America**

**Home Loans**



Customer Service
PO Box 5170
Simi Valley, CA 93062-5170



Statement date **12/24/2009**
**Account Number**
Property address
476 Douglas

## IMPORTANT TAX INFORMATION ENCLOSED

0005262 01 AT 0.357 **AUTO T5 2 9687 48197-2025
MSR CH AG 0200--1--0--2--- C0000070 IN 1 P05267
ARLENE CLARK
476 Douglas St
Ypsilanti MI 48197-2025

*[handwritten: 1st mortg. Statement]*

### The home loan information and services you need are just a click away...

Enjoy the ease and flexibility of accessing updated account information- 24 hours a day - in one convenient location. Log on to **www.bankofamerica.com** to:
- access detailed information on your monthly, adjustable rate mortgage, and escrow statements
- review transaction history for payments received and escrow *disbursements made*
- update tax and insurance information
- view any payment changes due to ARM or escrow adjustments
- update bank information or payment draft dates on your automatic payment plan
- make payments online with **MortgagePay on the Web***.

Looking for a secure, hassle-free way to make your mortgage payments electronically? Enroll in one of our **Pay*Plan* Services*** today to have your home loan payments drafted from your financial institution **automatically**. Simply log on to your account at **www.bankofamerica.com** and select **"Payment Services"** to view the automatic payment plans available to you.



*Please note: Terms and conditions apply. A service fee may be assessed. Please read website for enrollment details.

| HOME LOAN SUMMARY | Home loan overview as of 12/24/2009 | | Amount due on 01/01/2010 as of 12/24/2009 | |
|---|---|---|---|---|
| | Principal balance | $149,696.56 | Home loan payment due 01/01/2010 | $1,483.37 |
| | Escrow balance | $1,288.90 | Partial payment balance | 190.56 |
| | Late Charge if payment received after 01/16/2010 | $47.72 | | |
| | Date | Payments received | | |
| | 12/24/2009 | $1,526.85 | | |

*[handwritten: pd # 6052 sent 1-13-10]*

09-07013-wsd    Doc 7    Filed 02/01/10    Entered 02/01/10 16:05:47    Page 2 of 2

Calls may be monitored or recorded to ensure quality service. We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.