OFFICIAL SEAL    Washtenaw Co., MI
12/30/09    Lawrence Kestenbaum
L-4767  P-393    Clerk Register



Page: 1 of 1
03:59 P
12/30/09
ACS-5934036-AS-2009-1
Lawrence Kestenbaum. Washtenaw
L-4767  P-393

## ASSIGNMENT OF MORTGAGE         09MI02812-1

KNOW ALL MEN BY THESE PRESENTS: That the undersigned, for an in consideration of the sum of **One Dollar ($1.00)**, lawful money of the United States of America, to it in hand paid by:

**The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders CWALT 2005-06CB**, the Assignee, whose address is 7105 CORPORATE DR, PTX- B-81, PLANO, TX 75024,

the receipt whereof is hereby acknowledged, has sold, assigned, and transferred, and hereby does sell, assign and transfer to the said Assignee, all its right, title, and interest in and to a certain real estate mortgage, dated January 21, 2005, made by **Arlene Clark, an unmarried woman** to **Mortgage Electronic Registration Systems, Inc., as nominee for Quicken Loans Inc.**, recorded **February 7, 2005** in Washtenaw County Records as **Liber 4456, Page 356**, in the original principal sum of One Hundred Sixty-One Thousand Three Hundred Twenty-Five and 00/100 Dollars ($161,325.00), covering land situated in the **City of Ypsilanti, Washtenaw County, State of Michigan**, described as:

Lot(s) 44 and the South 1/3 of Lot 43, Normal Heights Subdivision, as recorded in Liber 3 on Page(s) 29 of Plats.

Tax ID: 11-05-362-004
Commonly known as: 476 Douglas, Ypsilanti, MI 48197

Dated this 17 day of December, 2009    Mortgage Electronic Registration Systems, Inc., as nominee for Quicken Loans Inc.

By: Jason R Canvasser
Its: Assistant Secretary and Vice President

STATE OF ___MICHIGAN___ }
COUNTY OF ___OAKLAND___ }
On ___12/17/09___ before me, personally appeared

___Jason R Canvasser___, the ___Assistant Secretary and Vice President___ of Mortgage Electronic Registration Systems, Inc., as nominee for Quicken Loans Inc., who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of ___Michigan___ that the foregoing paragraph is true and correct.
***Witness my hand and official seal.***

E Dawn Nicholas
Notary Public for Oakland County acting in
Oakland County, Michigan
My Commission Expires: 11/07/2013

Drafted by & when recorded return to:
Kelly Drummer
Randall S. Miller & Associates, P.C.
43252 Woodward Ave, Ste 180
Bloomfield Hills, MI 48302