UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN-DIVISION-DETROIT

IN RE:
ARLENE CLARK,                                    Case No. 09-75755-WSD
                                                 Honorable Walter Shapero
                                                 Chapter 13
        Debtor.
_____/
ARLENE CLARK,                                    Case No. 09-07013-WSD
              Plaintiff.                         Honorable Walter Shapero

v.

BANK OF AMERICA AS SUCCESSOR IN INTEREST TO COUNTRYWIDE HOME LENDING,
        Defendant.
_____/

**AFFIDAVIT**

I, Melissa D. Francis, Esq., being duly sworn state as follows:

1.) The second mortgage document in this case states that the mortgage is held by MERS.

2.) Debtor's Credit Report lists the entity holding the mortgage as Countrywide Home Lending.

3.) Countrywide Home Lending was taken over by Bank of America in 2009. This information is available at the following website address on Bank of America's corporate website: http://newsroom.bankofamerica.com/heritagecenter/#/merger-history

4.) The payment coupon attached to the second mortgage statement submitted to this court as Exhibit A, docket number 6 shows the entity receiving the payment as BAC Home Loans Servicing, LP.

5.) The upper left hand corner of the mortgage statement shows the lender as Bank of America Home Loans.

6.) An internet search of the Bank of America website shows that Bank of America Home Loans and BAC Home Loans Servicing are both entities of Bank of America.

7.) Upon information and belief, MERS transferred both the first and the second mortgage to Countrywide Home Loans at the same time. However, MERS never did an assignment of either mortgage until after this bankruptcy was filed.

8.) A recorded assignment of mortgage was done on the first mortgage in December, 2009 from MERS to Bank of New York Mellon FKA Bank of New York as Trustee for the Certificateholders CWALT2005-06CB, the assignee of the mortgage, in December,

2009 by counsel representing this entity and BAC Home Loans Servicing as to the first mortgage in the underlying bankruptcy case.

9.)The address given for the certificate holder, assignee of the mortgage is 7105 Corporate Drive, PTX-B-81, Plano Texas 75024.

10.) An internet search for the address given for the certificate holder, assignee of the mortgage shows that the address formerly belonged to Countrywide Home loans (Please see the following web link:
http://www.whitepages.com/search/Replay?facebook_count=0&linkedin_count=0&lower=1&more_info=1&search_id=71041342439803144130&search_type=reverseaddress&site_id=17644&twitter_count=0 )

and that the address now belongs to Bank of America (Please see the following web link: http://www.whitepages.com/search/Replay?facebook_count=0&linkedin_count=0&lower=1&more_info=1&search_id=71041342439803144130&search_type=reverseaddress&site_id=17644&twitter_count=0 )

11.) As the assignee of the first mortgage is Countrywide which is now Bank of America, Bank of America was the property party to list as the holder of the first mortgage in this adversary case.

12.) Based on the preponderance of the evidence available to Debtor's counsel, Bank of America as the successor to Countrywide Home Loans is the holder of the second mortgage and is the proper Defendant in this adversary proceeding.

13.) The Chief Executive Office of Bank of America was served via certified United States Mail with the complaint in this adversary case.

Dated: February 4, 2010    /s/Melissa D. Francis, Esq.
                                      Signature

Subscribed and sworn to before me
this 4th day of February, 2010


/S/ Darcey Kennedy
Darcey Kennedy, Notary Public Wayne County
Acting in Washtenaw County
My commission expires: 10-1-2014