# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:
Arlene Clark,                                    Case No.09-75755-WSD
      Debtor                            Chapter 13
                                                    Honorable Walter SHapero

Arlene Clark,
Plaintiff                                        Adv. Proc. No. 09-07013-WSD

v.

Bank of America as successor in interest to Countrywide Home Lending,
Defendant.
_____/

## DEFAULT JUDGMENT

      **WHEREAS,** on November 20, 2009 an adversary proceeding was brought by Plaintiff, Arlene Clark, against Bank of America as successor in interest to Countrywide Home Lending, (the "Defendant") pursuant to Federal Rules of Bankruptcy Procedure 7001, to seek relief in accordance with Section 523 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

      **WHEREAS,** the court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334; and

      **WHEREAS,** this adversary proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (K), and

      **WHEREAS,** venue properly lies in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409; and

**IT IS ORDERED** that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 09-75755-WSD, the mortgage ("Mortgage") dated January 21, 2005, covering the following described property ("Property") situated in the City of Ypsilanti, County of Washtenaw, State of Michigan, and further described as follows:

OLD SID-11 11-420-044-00 YP CITY 41 W-43 S 18' OF SAID LOT 43 & ALL OF LOT 44 NORMAL HEIGHTS SUBDIVISION

Tax Id: 11-11-05-362-004

CKA 476 Douglas St.

recorded in the Washtenaw County Register of deeds on February 7, 2005, Liber 4456, Page 357, will be stripped from the property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the debtor's Chapter 13 plan and entry of a Chapter 13 discharge order in bankruptcy case number 09-75755-WSD, the debtor may record a certified copy of this order, with a copy of the debtor's Chapter 13 discharge order attached, with the Washtenaw County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 09-75755-WSD, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

**Signed on February 06, 2010**

                                        ____ __/s/ Walter Shapero_ ___
                                              Walter Shapero
                                              United States Bankruptcy Judge